In Re: _____LaFluer Mercure_____   Case No. __07-14175__
**Debtor**                                                         (if known)

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Pennsylvania

### STATEMENT
### Pursuant to Rule 2016(b)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that the compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with this bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 2000 |
   | Prior to the filing of this statement I have received | $ 2000 |
   | Amount of filing fee in this case paid | $ 274 |
   | Balance Due | $ |

2. The source of the compensation paid to me was:
   ☒ Debtor(s)    ☐ Other    (Specify: )

3. The source of the compensation to be paid to me is:
   ☒ Debtor(s)    ☐ Other    (Specify: )

4. ☒  I have not agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   ☒ Analysis of the debtor(s) financial situation, and rendering advice to the debtor(s) in determining whether to file a petition in bankruptcy under title 11 of the United States Code.
   ☒ Preparation and filing of any petition, schedules, statements, and plan which may be required.
   ☒ Representation of the debtor(s) at the meeting of creditors.
   ☒ Negotiation of reaffirmation or surrender of secured collateral.
   ☐
   ☐

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   motions due to debtor's alleged failure to comply with bankruptcy procedure or order

### CERTIFICATION
I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| July 19, 2007 | **Glenn A Brown** |
| Date | **Signature of Attorney** |