For the Eastern District of Pennsylvania

In re:                                                   Bky. No.  0714175
LAFLEUR   MERCURE

                                                             Chapter 13
                                                             02/09/10
                                                             at  10:00 AM
                                                             Courtroom #2
Debtor(s)                                     900 Market Street, 2nd Floor
                                                             Philadelphia, Pa. 19107


CHAPTER 13 STANDING TRUSTEE'S MOTION FOR DISMISSAL

   AND NOW, comes William C. Miller, Esquire, Chapter 13 Standing Trustee, and requests that the above-captioned bankruptcy case be dismissed for the following reason(s):

Debtor(s) has/have failed to commence or continue making timely payments to the trustee as required by 11 U.S.C. Section 1326.

   The hearing scheduled by the filing of this motion may be adjourned from time to time without further notice to interested parties by announcement of such adjournment in court on the date scheduled for the hearing or continued hearing.

   WHEREFORE, William C. Miller, Esquire, Chapter 13 Standing Trustee respectfully requests that the Court, after a hearing, enter an Order in the form annexed hereto, dismissing this bankruptcy case.

                                         Respectfully submitted,

                                         /S/  William C. Miller
                        _____
                                   William C. Miller, Esquire
                               Chapter 13 Standing Trustee